UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

RAYMOND A. RABBITT                                          Case No. 10-08250-BKC-3F7
BRENDA J. RABBITT

                Debtor(s).

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2006 Toyota Tundra, VIN - 5TBET34146S509489, for the sum of $6,000.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 24, 2011.

GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 24, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

RAYMOND A. RABBITT
BRENDA J. RABBITT

Case No. **10-08250-BKC-3F7**

_____ Debtor(s). _____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 24, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:10-bk-08250-JAF
Middle District of Florida
Jacksonville
Mon Oct 24 13:17:13 EDT 2011

AlliedInterstate
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231-7723

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601-4303

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

John G Bianco III
Tripp Scott PA
110 SE 6th Street 15th Floor
Fort Lauderdale, FL 33301-5004

CLIENT SERVICES
3451 Harry Truman Blvd.
Saint Charles, MO 63301-9816

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC 28272-1083

Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Gregory K Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gemb/Belk
Po Box 981491
El Paso, TX 79998-1491

Gemb/Sams Club
Po Box 981400
El Paso, TX 79998-1400

Gemb/Stein Mart Dc
Po Box 981416
El Paso, TX 79998-1416

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
c/o Patti H Bass
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

HSBC Credit Card
PO Box 5891
Carol Stream, IL 60197-5891

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

Hsbc/Ymaha
90 Christiana Rd
New Castle, DE 19720-3118

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jareds Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4601

Jax Fcu
562 Park Street
Jacksonville, FL 32204-2918

Jax Federal Credit Union
Post Office Box 2357
Jacksonville, FL 32232-0011

Kohl's
PO Box 823
Fort Mill, SC 29716-0823

| | | |
|---|---|---|
| Kohls/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | NCO Financial System Inc.<br>PO Box 12100<br>Trenton, NJ 08650-2100 | ORANGE PARK MEDICAL CENTER<br>P.O. BOX 740771<br>Cincinnati, OH 45274-0771 |
| David J. Pinkston<br>Pinkston & Pinkston, P.A.<br>P.O. Box 4608<br>Jacksonville, FL 32201-4608 | Professional Recovery Servic<br>PO Box 1880<br>Voorhees, NJ 08043-7880 | Brenda J. Rabbitt<br>5373 Lacy Jane Way<br>Jacksonville, FL 32244-6286 |
| Raymond A. Rabbitt<br>5373 Lacy Jane Way<br>Jacksonville, FL 32244-6286 | Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | United States Attorney<br>300 North Hogan Street, Room 700<br>Jacksonville FL 32202-4204 |
| United States Trustee<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 | United States Trustee - JAX 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | West Asset Management<br>2703 N Highway 75<br>Sherman, TX 75090-2567 |
| World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | World Omni Financial Corp.<br>c/o John G. Bianco III, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 | (u)Jerry A. Funk<br>Jacksonville | End of Label Matrix<br>Mailable recipients   43<br>Bypassed recipients   2<br>Total   45 |